David W. JOHNSON, Plaintiff–Appellant,

v.

METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, Defendant–Appellee.

No. 06–1287.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 9, 2007.

Decided: Jan. 24, 2007.

Adrian V. Nelson, II, Rockville, Maryland, for Appellant. Morris Kletzkin, Mark D. Crawford, Katrina E. Mulligan, Friedlander, Misler, Sloan, Kletzkin & Ochsman, P.L.L.C., Washington, D.C.; Joseph E. Kalet, Associate General Counsel, Metropolitan Washington Airports Authority, Washington, D.C., for Appellee.

Before TRAXLER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David W. Johnson appeals the district court's order granting summary judgment to his employer on claims of race discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and a claim that his employer violated 42 U.S.C. § 1981 by refusing to continue a contract of employment based on race. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Johnson v. Metropolitan Washington Airports Authority,* No. 05–281, 2006 WL 177394 (E.D.Va. January 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*